LAW OFFICE OF
# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: July 12, 2021

July 9, 2021

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *United States v. Makeba Simmons*, 19 Cr. 789 (PGG)

Your Honor:

      I represent Makeba Simmons in the above-captioned case. For the conference scheduled next Tuesday, July 13, at 10:30 am, I have a conflict with a previously scheduled sentencing before the Honorable William F. Kuntz in *United States v. Miner*, 20 Cr. 554 (E.D.N.Y.). I therefore respectfully request that Donald Duboulay, who is counsel for codefendant Graciela Borrero, be permitted to stand in for me at the conference. I have spoken with Ms. Simmons, and she consents. I also note that Ms. Simmons and the government have reached a tentative resolution to this case and the parties are finalizing the paperwork.

      Thank you for your consideration.

                            Respectfully submitted,

                            /s/ Benjamin Silverman
                            Benjamin Silverman
                            *Attorney for Makeba Simmons*

cc: Donald Duboulay, Esq. (by email)