LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

March 8, 2022

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *United States v. Makeba Simmons*, 19 Cr. 789 (PGG)

Your Honor:

      I represent Makeba Simmons in the above-captioned case. I write with the consent of the government and Pretrial Services respectfully to request that the Court endorse this letter to order Pretrial Services to return her passport to her. Ms. Simmons surrendered her passport following her arrest on November 7, 2019. Yesterday, the Court issued a *nolle prosequi* dismissing the case. I conferred with AUSA Stephanie Simon and Pretrial Officer Lea Harmon, and they both consent to having Ms. Simmons' passport returned to her. Thank you for your consideration.

      Respectfully submitted,

      /s/ Benjamin Silverman
      Benjamin Silverman
      *Attorney for Makeba Simmons*

cc: Counsel of record (by ECF)
    Probation Officer Lea Harmon (by email)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 8, 2022